TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: January 26, 2011**

Randolph J. Haines

**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

10-21026

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kimberlie Ann Hooker<br>Debtor. | No. 2:10-BK-23514-RJH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #33) |
| US Bank National Association, as Trustee for Credit Suisse First Boston 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br>Movant,<br>vs.<br><br>Kimberlie Ann Hooker, Debtor, Edward J. Maney, Trustee.<br><br>Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 22, 2005 and recorded in the office of the County Recorder wherein US Bank National Association, as Trustee for Credit Suisse First Boston 2005-5 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Kimberlie Ann Hooker has an interest in, further described as:

THE WEST ONE-HALF OF LOT 76, OF VALLEY HIGH MEADOWS ADDITION, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YAVAPAI COUNTY, ARIZONA, RECORDED IN BOOK 7 OF MAPS, PAGE 21.
EXCEPT ALL COAL LAND OTHER MINERALS AS RESERVED IN PATENT FROM THE UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.